Anna Davies, Appellant, *v.* Louis F. Stumpf et al., Defendants, and W. Clifford Roderick, Respondent.

Submitted January 11, 1943; decided January 21, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. [See 288 N. Y. 702.]

Eleanor V. V. Brewster, Appellant, *v.* Kable News Company, Respondent.

Submitted January 11, 1943; decided January 21, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. [See 289 N. Y. 246.]

Spruce Hill Homes, Inc., Respondent, *v.* Charles La M. Brient et al., Appellants.

Submitted January 11, 1943; decided January 21, 1943.

Motion to amend remittitur denied. [See 288 N. Y. 309.]

Moe B. Rubin, as Assignee of Nettie Rubin, Appellant, *v.* Mary Koppelman et al., Respondents.

Reported below, 265 App. Div. 950.
Submitted January 18, 1943; decided January 21, 1943.

*C. Elmer Spedick* for motion.

*Philip Olan* opposed.

Motion denied without prejudice to a renewal thereof upon the argument of the appeal.